No. 1390, Misc. HOTEL, MOTEL & CLUB EMPLOYEES UNION LOCAL 6 *v.* SHULTZ, SECRETARY OF LABOR. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Robert V. Zener* for respondent.

No. 1256, Misc., October Term, 1968. CAMPBELL *v.* UNITED STATES, 393 U. S. 1121, 395 U. S. 954. Motion for leave to file second petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 805. SHAPIRO, WELFARE COMMISSIONER OF CONNECTICUT *v.* DOE, 396 U. S. 488; and

No. 928, Misc. SMITH *v.* GEORGIA, 396 U. S. 1045. Petitions for rehearing denied.

No. 631. CARLINER ET AL. *v.* COMMISSIONER OF DISTRICT OF COLUMBIA ET AL., 396 U. S. 987. Motion for leave to file petition for rehearing denied.

MARCH 9, 1970

No. ——. UPJOHN CO. *v.* FINCH, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 6th Cir. Application for stay, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Stanley L. Temko* and *Herbert Dym* for applicant. *Solicitor General Griswold* in opposition. *C. Joseph Stetler* for Pharmaceutical Manufacturers Assn. as *amicus curiae* in support of the application.